IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Jason Thomas Boston, ) | C/A No. 4:13-1382-MGL |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **OPINION AND O R D E R** |
| ) | |
| Cpl. Stewart Kelly; Lake City Police Department, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff, while a pretrial detainee at the Florence County detention center, proceeding *pro se,* filed a complaint concerning prison conditions pursuant to 42 U.S.C. § 1983. By order dated August 16, 2013, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring his case into proper form for evaluation and possible service of process. Plaintiff did not receive the order, as it was returned to the court as undeliverable mail and stamped "RETURN TO SENDER," with "released" handwritten on the envelope. ECF No. 14. Plaintiff has not provided the court with a new address at which he receives mail, and the record indicates no attempt by Plaintiff to contact the court since filing the complaint. The case is **dismissed,** *without prejudice*, pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash Railroad Company*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

s/Mary Geiger Lewis
Mary Geiger Lewis
United States District Judge

September 11, 2013
Spartanburg, South Carolina

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.